IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RAYMOND COBB,<br>TDCJ No. 1306425, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:23-cv-121-O |
| BRYAN COLLIER, et al., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **8th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE